# Third District Court of Appeal

## State of Florida

Opinion filed November 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-82
Lower Tribunal No. 18-20734

_____

**Orbestes Rico Williams,**
Appellant,

vs.

**Yanina Williams,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia B. Caballero, Judge.

O. Rico Williams, in proper person.

No appearance for appellee.[1]

Before FERNANDEZ, C.J., and LOGUE and GORDO, JJ.

PER CURIAM.

_____

[1] Appellee was precluded from filing an answer brief after failing to heed this Court's order directing her to file same within a specified period of time.

Affirmed. <u>See</u> <u>Orta v. Polas</u>, 579 So. 2d 918, 919 (Fla. 3d DCA 1991) ("The standard of review in a case of retroactive child support is whether the trial court abused its discretion."); <u>Viscito v. Viscito</u>, 214 So. 3d 736, 737 (Fla. 3d DCA 2017) ("The standard of review of a trial court's determination of equitable distribution is abuse of discretion." (quoting <u>Bardowell v. Bardowell</u>, 975 So. 2d 628, 629 (Fla. 4th DCA 2008))); <u>Francavilla v. Francavilla</u>, 969 So. 2d 522, 523 (Fla. 4th DCA 2007) ("[The] findings of the trial court come to this court clothed with a presumption of correctness and will not be disturbed absent a showing that there was no competent evidence to sustain them." (quoting <u>Waton v. Waton</u>, 887 So. 2d 419, 422 (Fla. 4th DCA 2004))).